**E-FILED**
Friday, 07 November, 2014 04:13:49 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| MARCUS HOLLAND, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) 13-2119 |
| | ) |
| KEITH ANGLIN, MARY MILLER, | ) |
| R. DEPRATT, and VICTOR CALLOWAY, | ) |
| | ) |
| Defendants. | ) |

## CASE MANAGEMENT ORDER #2

A Rule 16 status conference was held on November 7, 2014. The plaintiff appeared through Kenneth N. Flaxman of Kenneth N. Flaxman, P.C. The defendants appeared through Robert L. Fanning of the Office of the Illinois Attorney General.

The defendant requested an extension of discovery deadlines. The court extends the dates and deadlines as follows.

1. The plaintiff shall disclose experts and provide Rule 26(a)(2)(B) expert reports no later than January 5, 2015. The plaintiff shall make his experts available for deposition no later than February 5, 2015.

2. The defendants shall disclose experts and provide Rule 26(a)(2)(B) expert reports no later than March 5, 2015. The defendants shall make their experts available for deposition no later than April 6, 2015.

3. All discovery will close on April 6, 2015.

4. The deadline for filing case dispositive motions is May 6, 2015. Responses and replies shall be filed in accordance with this court's Local Rules.

5. The final pretrial conference remains scheduled for October 13, 2015, at 1:30 p.m. by personal appearance. Pursuant to Local Rule 16.1(E)(4), the parties are directed to e-file a joint proposed final pretrial order no later than seven (7) days prior to the final pretrial conference.

6. Jury selection and jury trial remain scheduled to begin on October 19, 2015, at 9:00 a.m.

7. A status conference is scheduled for February 17, 2015, at 10:00 a.m., or as soon thereafter as the court reaches the case, by telephone conference call. The court will initiate the call.

8. Requests for extensions of these deadlines will be viewed most unfavorably by the court.

ENTER this 7th day of November, 2014.

**s/ Harold A. Baker**
_____
HAROLD A. BAKER
UNITED STATES DISTRICT JUDGE